Country Vil. Assoc. v Milhaven (2020 NY Slip Op 50747(U))

[*1]

Country Vil. Assoc. v Milhaven

2020 NY Slip Op 50747(U) [67 Misc 3d 143(A)]

Decided on June 18, 2020

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 18, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : THOMAS A. ADAMS, P.J., BRUCE E. TOLBERT, TERRY JANE
RUDERMAN, JJ

2019-974 OR C

Country Village Associates, Doing
Business as Creekside Apartments, Respondent, 
against
Patricia M. Milhaven, Appellant. 

Sussman & Associates (Jonathan R. Goldman of counsel), for appellant.
Blustein, Shapiro, Rich & Barone, LLP (Stephanie Tunic of counsel), for
respondent.

Appeal from a final judgment of the Justice Court of the Town of Warwick, Orange
County (Nancy Brenner DeAngelo, J.), entered March 14, 2019. The final judgment,
without a trial, awarded landlord possession and the sum of $1,336 in a holdover
summary proceeding.

ORDERED that the final judgment is reversed, without costs, and the matter is
remitted to the Justice Court for trial.
Inasmuch as the tenancy is governed by the rules of the United States Department of
Agriculture Rural Development Program (see 7 CFR part 3560), landlord was
required, in this holdover proceeding, to establish that its refusal to renew tenant's lease
was based on tenant's "material non-compliance with the lease provisions, material
non-compliance with the occupancy rules, or other good causes" (7 CFR §
3560.159 [a]). Inasmuch as a trial was not held and landlord was not afforded an
opportunity to make this required showing, the final judgment must be reversed and the
matter remitted to the Justice Court for trial.
ADAMS, P.J., TOLBERT and RUDERMAN, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 18, 2020